

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00103-CV

IN THE INTEREST OF K.E.B., A
CHILD

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

After review of the reporter's record of the trial court's July 29, 2011 abatement hearing and pursuant to appellant's statement on record that he no longer wishes to continue this appeal, it is the court's opinion that we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  August 11, 2011

---

[1]*See* Tex. R. App. P. 47.4.